STATE OF NEW JERSEY v. LAWRENCE GAINES.

June 20, 1983.

Petition for certification denied.

STATE OF NEW JERSEY v. LAWRENCE A. GAINES.

June 20, 1983.

Petition for certification denied.

TERRACE VIEW GARDENS v. TOWNSHIP OF DOVER.

June 20, 1983.

Petition for certification denied.

FRANCES ZEMSKY v. OWENS–ILLINOIS.

June 20, 1983.

Petition for certification denied.